IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. TRINDLE JR., | : | |
| Plaintiff, | : | 1:17-cv-1173 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| KEVIN GALLAGHER, et al., | : | |
| Defendants. | : | |

# **ORDER**

**November 28, 2017**

NOW THEREFORE, upon consideration of Plaintiff's Complaint (Doc. 1), and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The motions (Docs. 2, 6) to proceed *in forma pauperis* are construed as motions to proceed without full prepayment of fees and costs and are GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                s/ John E. Jones III
                                                John E. Jones III
                                                United States District Judge